UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARYSE SELIT, <br><br> Plaintiff, <br><br> -against- <br><br> METROPOLITAN LIFE INSURANCE CO., GREGG P. HIRSCH and NICHOLAS D. LATRENTA, <br><br> Defendants. | Civil Action Number: 10-2216 (SJ-CLP) <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants in the above-captioned matter that the time for Defendants to answer, move or otherwise respond to the complaint is and shall be extended to and including July 13, 2010.

Counsel for Defendants have agreed to accept service of process on behalf of Defendants and will not assert any jurisdictional defenses based on the same.

Dated: New York, New York
      May __, 2010

LAW OFFICE OF MICHAEL G. O'NEILL

By: _____
    Michael G. O'Neill, Esq.
    30 Vesey Street, Third Floor
    New York, New York 10007
    (212) 581-0990
    *Attorney for Plaintiff*

Dated: New York, New York
      May 25, 2010

KELLEY DRYE & WARREN LLP

By: _____
    Jean Y. Park, Esq.
    John E. Kiley, Esq.
    101 Park Avenue
    New York, New York 10178
    (212) 808-7800
    *Attorneys for Defendants*

SO ORDERED: _____
               Honorable Sterling Johnson Jr., U.S.D.J.

NY01/PARKJE/1417899.1